AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of Kentucky

| | |
|---|---|
| United States of America<br>v.<br>JADALLAH MAHMOUD OMRAN, White Male,<br>[redacted]<br>Defendant | ) ) ) ) ) ) ) Case No. 5:22-MJ-5448 |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* JADALLAH MAHMOUD OMRAN,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☑ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

21 U.S.C. 841 (a)(1) - Possession with intent to distribute marijuana and marijuana products greater than 100 kilograms

Date: 12/16/2022

*Issuing officer's signature*

City and state: Lexington, Kentucky

Matthew A. Stinnett, U.S. Magistarte Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 12/19/2022, and the person was arrested on *(date)* 12/18/2022
at *(city and state)* Dulles, VA.

Date: 12/18/2022

*Arresting officer's signature*

ABDUL MAJEED / SPECIAL AGENT
*Printed name and title*

# UNITED STATES DISTRICT COURT
for the
Eastern District of Kentucky

| | |
|---|---|
| United States of America <br> v. <br> JADALLAH MAHMOUD OMRAN, White Male, <br> DOB 06/14/1996, 3516 MILAM LANE #407, <br> Lexington, KY 40503 <br> *Defendant(s)* | Case No. <br> 5:22-MJ-5448 |

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of **September 12th, 2022** in the county of **Fayette** in the **Eastern** District of **Kentucky**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. 841(a)(1) | Possession with intent to distribute 100 kilograms or more of marijuana and marijuana products, a Schedule I Controlled Substance s |

This criminal complaint is based on these facts:
See attached affidavit of Special Agent Joseph K. Borders, hereby incorporated by reference.

☑ Continued on the attached sheet.

/s/ Joseph K. Borders
*Complainant's signature*

Joseph K. Borders, Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Criminal. P. 4.1 transmitted by reliable electronic means (e-mail).

Date: 12/16/2022

*Matthew A. Stinnett (signature)*
*Judge's signature*

City and state: Lexington, KY

Matthew A. Stinnett, United States Magistrate Judge
*Printed name and title*

## Criminal Complaint Affidavit for Jadallah Mahmoud OMRAN

Your affiant, Special Agent Joseph Borders, Homeland Security Investigations (HSI), being duly sworn, depose and state that:

### Introduction

1. I am an investigative or law enforcement officer of the United States (U.S.) within the meaning of Section 2510(7) of Title 18, United States Code, and empowered by law to conduct investigations and to make arrests for offenses enumerated in Title 21, United States Code § 841.

2. I am a Special Agent (SA) with the U.S. Department of Homeland Security (DHS), U.S. Immigration and Customs Enforcement (ICE), Homeland Security Investigations (HSI). I have been so employed since August of 2020 and I am presently assigned to the Office of the Resident Special Agent in Charge, Northern Kentucky. My duties include the investigation of various violations of federal criminal laws. I have attended the Federal Law Enforcement Training Center (FLETC) where training was conducted pertaining to these types of investigations.

3. This affidavit is based upon my personal knowledge and upon information reported to me by federal and local law enforcement officers and others with knowledge of the case. Unless specifically indicated otherwise, all conversations and statements described in this affidavit are related in substance and in part only.

4. Your affiant has not included each and every fact that has been revealed through the course of this investigation. Your affiant has set forth only the facts that are believed to be necessary to establish probable cause for the issuance of an arrest warrant.

## STATEMENT OF PROBABLE CAUSE

5. On or about July 23rd, 2022, Lexington Police Department (LPD) Detectives received information that three parcels of suspected marijuana were to be delivered to 642 Ballard Street, Lexington, Fayette County, Kentucky, 40503 in the Eastern District of Kentucky. Detectives conducted surveillance on this residence and observed a black Acura TSX, with KY temporary plate B414814 arrive. Jadallah Mahmoud OMRAN (6-14-96) was positively identified as being the operator of this vehicle. Detectives observed OMRAN place three packages into the rear passenger seat of his vehicle. OMRAN then departed.

6. On or about July 28th, 2022, LPD Detectives intercepted three additional parcels that were intended for delivery to 642 Ballard Street, Lexington, Kentucky. Detectives applied for and were granted a search warrant to open one of the parcels. Once detectives opened the package, they recovered approximately 28 pounds and 11.5 ounces of suspected THC marijuana vape cartridges (400 units). The other two parcels were allowed to be delivered to 642 Ballard Street, Lexington, Kentucky. On the same date detectives conducted surveillance on 642 Ballard Street, Lexington, Kentucky and observed OMRAN traveling in his vehicle from his residence at 3516 Milam Lane #407, Lexington, Kentucky to 642 Ballard Street, Lexington, Kentucky. Once OMRAN arrived at the residence he was observed approaching 642 Ballard Street, Lexington, Kentucky and took the additional two packages from the residence. OMRAN placed them inside of his vehicle and proceeded to drive back to 3516 Milam Lane #407, Lexington, Kentucky. OMRAN left the packages in the vehicle and then went inside of the residence.

7. Over the course of the investigation throughout the months of August and September of 2022 Detectives observed OMRAN engaging in suspected narcotics trafficking.

OMRAN was observed making frequent visits to the residences of 2436 Ogden Way, 2408 Ogden Way and 3406 Coldstream Court, all in Lexington, Kentucky. Additionally OMRAN was observed by Detectives stopping at numerous other residences for short periods of time to deliver suspected controlled substances. All of the residences that OMRAN visited are within Fayette County, KY.

8. On or about September 12th, 2022, LPD Detectives were conducting surveillance in the area of OMRAN's residence, 3516 Milam Lane #407, Lexington, Kentucky. Detectives observed a vehicle known to them as a vehicle owned by OMRAN, a 2012 gray / blue Infiniti X M37 (KY 394VJW), conducting counter surveillance on the Detectives. After making multiple turns to try to elude the vehicle it was still following Detectives. Detectives were able to get a LPD Officer to conduct a traffic stop on the vehicle. The driver was determined to be Jessica Rector (11-25-94), OMRAN's girlfriend. Officers detected a strong odor of burnt marijuana emanating from the vehicle. Search incident to plain smell yielded a small amount of marijuana.

9. During the traffic stop Detectives approached Rector and advised her of the ongoing investigation into OMRAN and herself. After speaking with Rector and after she was provided an opportunity to speak with counsel, she advised Detectives she would give consent for her residence at 3516 Milam Lane #407, Lexington, Kentucky. Rector advised Detectives she had told OMRAN that she was following the Detectives and that she was being stopped by police. During the duration of the traffic stop Detectives observed OMRAN traveling back from 281 Old Kingston, Lexington, Kentucky to 3516 Milam Lane #407, Lexington, Kentucky. Detectives conducted surveillance on 3516 Milam Lane #407, Lexington, Kentucky and observed OMRAN parking his vehicle away

from his residence and walking the remaining distance.

10. Detectives made contact with OMRAN at 3516 Milam Lane #407, Lexington, Kentucky and advised him of his Miranda Rights. OMRAN waived his rights and agreed to speak with Detectives. He additionally asked to speak to counsel and was allowed to do so telephonically. With counsel on the phone OMRAN gave Detectives consent to search the residence and his vehicles. Within the residence and vehicles Detectives located $37,541 in US currency and over two pounds of suspected marijuana and marijuana products.

11. During the interview OMRAN stated he has been engaged in the distribution of marijuana and marijuana products in the Lexington, Kentucky area since spring of 2021. OMRAN stated that he stored marijuana and marijuana products at 2436 Ogden Way, Lexington, Kentucky. OMRAN agreed to take Detectives to the address and surrender more marijuana and marijuana products he was currently storing there. Once inside of 2436 Ogden Way, Lexington, Kentucky Detectives observed only a mattress and numerous used boxes and packaging materials. Detectives observed this residence to be utilized solely for the purpose of illegal narcotics trafficking. Items observed within this residence indicated a large drug trafficking operation. OMRAN surrendered approximately 168 kilograms of marijuana and marijuana products to Detectives that were being stored inside the residence. Detectives, through their training and experience and knowledge, have the law enforcement opinion that the items contained therein are indeed marijuana, a Schedule I controlled substance.

## CONCLUSION

12. Based on the above information, I believe there is probable cause supporting the conclusion that Jadallah Mahmoud OMRAN did possess with the intent to distribute over 100 kilograms of marijuana and marijuana products in Fayette County, in the Eastern District of Kentucky.

13. Accordingly, I respectfully request that the Court issue:

A Criminal Complaint and an arrest warrant be issued against Jadallah Mahmoud OMRAN for violation of Title 21 of the United States Code, § 841(a)(1).

Respectfully submitted,

/s/ Joseph K. Borders
_____
Joseph K. Borders
Special Agent
Homeland Security Investigations

Transmitted via email and attested to by telephone in accordance with the requirements of Fed. R. Crim. P. 4.1 before me on this 16th day of December, 2022

_____
HON. MATTHEW A. STINNETT
U.S MAGISTRATE JUDGE